**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Clifton, et al., | No. CV-12-317-PHX-SMM |
| Plaintiffs, | |
| vs. | **ORDER** |
| Bank of New York Mellon, et al. | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Dismissal Without Prejudice. (Doc. 26.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties have requested dismissal without prejudice prior to Defendants answering Plaintiffs' Complaint.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal Without Prejudice. (Doc. 26.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs' complaint is dismissed in its entirety, without prejudice, each party to bear its own fees and costs.

DATED this 14th day of November, 2012.

*[signature]*
Stephen M. McNamee
Senior United States District Judge